UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARK IBSEN,<br><br>            Plaintiff,<br><br>vs.<br><br>ANA DIAZ, et al,<br><br>            Defendant. | Case No. CV-21-001-H-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED pursuant to the Order, (Doc. 15) judgment is entered in favor of the Defendants.

      Dated this 7th day of April 2021.

                          TYLER P. GILMAN, CLERK

                          By: /s/ H. Gauthier
                          H. Gauthier, Deputy Clerk